FILED & ENTERED

NOV 23 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>239 Carnation LLC, a Texas Limited Liability Company<br><br><br><br><br><br>Debtor(s). | Case No.: 8:20-bk-11083-MW<br><br>CHAPTER 11<br><br>**ORDER CONTINUING HEARING RE: UNITED STATES TRUSTEE MOTION TO DISMISS OR CONVERT**<br><br>[11 U.S.C. § 1112(b)]<br><br>Date:       November 22, 2021<br>Time:       2:00 PM<br>Courtroom: 6C |

    The hearing re: United States Trustee's Motion to Dismiss or Convert Pursuant to 11 U.S.C. § 1112(b), is continued to December 1, 2021 at 2:00 p.m..

    IT IS SO ORDERED.

###

Date: November 23, 2021

Mark S. Wallace
United States Bankruptcy Judge